# ALABAMA COURT OF CRIMINAL APPEALS



March 21, 2025

**CR-2024-0124**

State of Alabama v. Ray Charles Williams (Appeal from Montgomery Circuit Court: CC-22-620)

## <u>NOTICE</u>

You are hereby notified that on March 21, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk